IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Demetrice James, | ) | C/A No.: 1:17-30-RBH-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Dr. Compton; Officer O'Neil; Officer Herell; and Sgt. Matthews, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Demetrice Jones ("Plaintiff"), proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983 on January 3, 2017. [ECF No. 1]. On August 17, 2017, Dr. Compton, Officer O'Neil, and Sgt. Matthews ("Defendants") filed a motion for summary judgment. [ECF No. 47]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of the motion and of the need for him to file an adequate response by September 18, 2017. [ECF No. 48]. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motion may be granted. *Id*.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to Defendants' motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to Defendants' motion for summary judgment by October 6, 2017. Plaintiff is further advised that if he fails to respond, this action will be

recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

September 22, 2017                    Shiva V. Hodges
Columbia, South Carolina            United States Magistrate Judge