AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Demetrice James,<br>*Plaintiff*<br>v.<br>Dr. Compton; Officer Oneil; Officer Herell; Sgt. Matthews,<br>*Defendants* | Civil Action No.   1:17-cv-00030-RBH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Demetrice James, shall take nothing of the defendant, Officer Herell, and this action is dismissed without prejudice as to this defendants.

■ other: the plaintiff, Demetrice James, shall take nothing of the defendants, Dr. Compton; Officer Oneil; Sgt. Matthews, and this action is dismissed with prejudice as to these defendants for failure to prosecute pursuant to Rule 41(b).

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended granting Officer Herell's motion to dismiss.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended the dismissal of Dr. Compton; Officer Oneil; Sgt. Matthews for failure to prosecute.

Date:  November 15, 2017                                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/M. Walker

                                                                                    *Signature of Clerk or Deputy Clerk*